Case 1:11-cv-02781-JLK   Document 7   Filed 04/05/12   USDC Colorado   Page 1 of 4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:11-cv-02781-AP

LARRY GAUNA,

       Plaintiff,

  v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

       Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff</u>:
MICHAEL W. SECKAR
402 W. 12th Street
Pueblo, CO 81003
(719) 543-8636
seckarlaw@mindspring.com

<u>For Defendant</u>:
JOHN F. WALSH
United States Attorney

WILLIAM G. PHARO
Assistant United States Attorney
william.pharo@usdoj.gov

THOMAS S. INMAN
Special Assistant United States Attorney
1001 17th Street
Denver, Colorado 80202
(303) 844-0014
tom.inman@ssa.gov

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction under section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

     A.     **Date Complaint Was Filed:** 10/25/2011

     B.     **Date Complaint Was Served on U.S. Attorney's Office:** 01/19/2012

     C.     **Date Answer and Administrative Record Were Filed:** 03/16/2012

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

There are no issues with the accuracy or completeness of the administrative record.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

None anticipated.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

This case does not involve unusually complicated or out-of-the-ordinary claims.

## 7. OTHER MATTERS

None.

## 8. BRIEFING SCHEDULE

     A.     **Plaintiff's Opening Brief Due:** 05/21/2012

     B.     **Defendant's Response Brief Due:** 06/20/2012

     C.     **Plaintiff's Reply Brief (If Any) Due:** 07/05/2012

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    A.    **Plaintiff's Statement:**    Oral argument is not requested.

    B.    **Defendant's Statement:**  Oral argument is not requested.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    A.    **( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    B.    **(x) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

    DATED this 5th day of April, 2012.

                                          BY THE COURT:

                                          *s/John L. Kane*
                                          U.S. DISTRICT COURT JUDGE

APPROVED:

|  |  |
|---|---|
| | JOHN F. WALSH |
| s/*Michael W. Seckar* | UNITED STATES ATTORNEY |
| MICHAEL W. SECKAR | |
| 402 W. 12th Street. | WILLIAM G. PHARO |
| Pueblo, CO 81003 | Assistant United States Attorney |
| (719) 543-8636 | |
| seckarlaw@mindspring.com | s/ *Thomas S. Inman* |
| | THOMAS S. INMAN |
| Attorney for Plaintiff | Special Assistant U.S. Attorney |
| | 1001 17th Street |
| | Denver, Colorado 80202 |
| | Telephone:  (303) 844-0014 |
| | tom.inman@ssa.gov |

-4-