IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:11-cv-02781-AP

LARRY GAUNA,

      Plaintiff,

  v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

      Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

> For Plaintiff:
> MICHAEL W. SECKAR
> 402 W. 12th Street
> Pueblo, CO 81003
> (719) 543-8636
> seckarlaw@mindspring.com
>
> For Defendant:
> JOHN F. WALSH
> United States Attorney
>
> WILLIAM G. PHARO
> Assistant United States Attorney
> william.pharo@usdoj.gov
>
> THOMAS S. INMAN
> Special Assistant United States Attorney
> 1001 17th Street
> Denver, Colorado 80202
> (303) 844-0014
> tom.inman@ssa.gov

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction under section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

## 3.  DATES OF FILING OF RELEVANT PLEADINGS

    **A.**    **Date Complaint Was Filed:** 10/25/2011

    **B.**    **Date Complaint  Was Served on U.S. Attorney's Office:** 01/19/2012

    **C.**    **Date Answer and Administrative Record Were Filed:** 03/16/2012

## 4.  STATEMENT REGARDING THE ADEQUACY OF THE RECORD

There are no issues with the accuracy or completeness of the administrative record.

## 5.  STATEMENT REGARDING ADDITIONAL EVIDENCE

None anticipated.

## 6.  STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

This case does not involve unusually complicated or out-of-the-ordinary claims.

## 7.  OTHER MATTERS

None.

## 8.  BRIEFING SCHEDULE

    **A.**    **Plaintiff's Opening Brief Due:** 05/21/2012

    **B.**    **Defendant's  Response Brief Due:** 06/20/2012

    **C.**    **Plaintiff's  Reply Brief (If Any) Due:** 07/05/2012

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    **A.**    **Plaintiff's Statement:**    Oral argument is not requested.

    **B.**    **Defendant's Statement:**    Oral argument is not requested.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    **A.**    **( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    **B.**    **(x) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that  the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

    DATED this 5th  day of April, 2012.

                         BY THE COURT:

                         <u>*s/John L. Kane*</u>
                         U.S. DISTRICT COURT JUDGE

APPROVED:


s/*Michael W. Seckar*
MICHAEL W. SECKAR
402 W. 12th Street.
Pueblo, CO 81003
(719) 543-8636
seckarlaw@mindspring.com

Attorney for Plaintiff


JOHN F. WALSH
UNITED STATES ATTORNEY

WILLIAM G. PHARO
Assistant United States Attorney

s/ *Thomas S. Inman*
THOMAS S. INMAN
Special Assistant U.S. Attorney
1001 17th Street
Denver, Colorado 80202
Telephone:  (303) 844-0014
tom.inman@ssa.gov