IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02781-LTB

LARRY GAUNA,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

    Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order signed by the Honorable Lewis T. Babcock on January 28, 2013, incorporated herein by reference, it is

    ORDERED that the Commissioner's final order is REVERSED.  It is

    FURTHER ORDERED that the matter is REMANDED to the Commissioner for further proceedings consistent with this order and judgment.  It is

    FURTHER ORDERED that final judgment is hereby entered in favor of Plaintiff, Larry Gauna and against Defendant, Michael J. Astrue, Commissioner of Social Security.

    DATED at Denver, Colorado this  30th  day of January, 2013.

    FOR THE COURT:

    JEFFREY P. COLWELL, CLERK

    By: s/ Edward P. Butler
    Edward P. Butler, Deputy Clerk